UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARA L. HOUSTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHEM LIFE INSURANCE COMPANY, and DOES I through XXX, inclusive,<br><br>    Defendants.<br>_____/ | Case No.   3:15-cv-00459-LRH-WGC<br><br>**ORDER REGARDING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED by and between the parties hereto through their respective attorneys as follows:

1. The parties have resolved the dispute through a confidential settlement agreement;
2. The above-captioned case should be dismissed with prejudice;
3. Each party is to bear their own costs and fees; and
4. The Court should enter and Order confirming this Stipulation.

DATED: 5/5/16

MATTHEW L. SHARP, LTD.

By: _____
Matthew L. Sharp, Esq.
Attorney for Plaintiff

DATED: 5/5/16

RIMAC MARTIN P.C.

By: _____
Anna M. Martin, Esq.
Attorney for Defendant

///
///
///
///

## ORDER

Pursuant to Stipulation for Dismissal with Prejudice of the parties, IT IS SO ORDERED.

DATED this 10th day of May, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE